IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEONA GREENE,

    Plaintiff,

v.                                                CASE NO.  4:16cv586-RH/CAS

TIFT REGIONAL HEALTH SYSTEM,

    Defendant.

_____/

**ORDER FOR TRANSFER**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Valdosta Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on November 9, 2016.

                                                    s/Robert L. Hinkle
                                                    United States District Judge